**United States District Court**
**Southern District of New York**
_____

**Horace Hampton,**

                **Petitioner,**       12 Civ. 02145 (JGK)

    - against -             MEMORANDUM OPINION AND
                                                                   ORDER
**William Lee,**

                **Respondent.**
_____

**JOHN G. KOELTL, District Judge:**

    The Court has received the petitioner's response to this Court's August 27, 2012 Order.  The petitioner properly identifies that the pendency of a federal habeas corpus petition does not toll the one-year AEDPA statute of limitations, but that the pendency of properly filed state court postconviction proceedings does toll the statute of limitations.  See Duncan v. Walker, 533 U.S. 167, 180-82 (2001).

    However, the petitioner has clarified that he seeks a stay of his petition for a writ of habeas corpus during the pendency of his state court postconviction proceedings.  AEDPA provides district courts discretion upon a showing of good cause to stay habeas corpus petitions that have raised both exhausted and unexhausted claims.  Rhines v. Weber, 544 U.S. 269, 275-76 (2005); see 28 U.S.C. § 2254(b)(1)(A).  The petitioner has

alleged facts that he argues demonstrate good cause to stay his petition.

The time for the respondents to respond is **October 31, 2012**. The time for petitioner to reply is **November 14, 2012**.

SO ORDERED.

Dated:   New York, New York
        October 10, 2012

                                            John G. Koeltl
                                     United States District Judge