UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HORACE HAMPTON,

                Plaintiff,        12-cv-2145 (JGK)

    - against -             ORDER

WILLIAM LEE,

                Defendant.

---

JOHN G. KOELTL, District Judge:

The time for the respondent to respond to the petition is **August 18, 2022.** The time for the petitioner to reply is **September 19, 2022.**

SO ORDERED.

Dated:    New York, New York
           July 18, 2022

                                            John G. Koeltl
                                   United States District Judge