UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HORACE HAMPTON,

           Petitioner,

   - against -

WILLIAM LEE,

           Respondent.

12-cv-2145 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The respondent is directed to submit courtesy copies of all papers filed in connection with the pending fully briefed amended petition for a writ of habeas corpus. ECF No. 36.

SO ORDERED.

Dated:   New York, New York
         February 27, 2023

                                             /s/ John G. Koeltl
                                            John G. Koeltl
                                          United States District Judge