UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

HORACE HAMPTON,

            Petitioner,

  - against -

WILLIAM LEE,

            Respondent.
───────────────────────────────

12-cv-2145 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    On February 27, 2023, the Court directed the respondent to submit courtesy copies of all papers filed in connection with the pending fully briefed amended petition for a writ of habeas corpus. ECF No. 53. On March 2, 2023, the respondent submitted courtesy copies only of its opposition papers and the state court transcripts. The respondent is directed to submit courtesy copies of the petitioner's submissions on the amended petition as well.

    SO ORDERED.

Dated: July 21, 2023
       New York, New York

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                             United States District Judge