UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HORACE HAMPTON,

                Petitioner,                12 **CIVIL** 2145 (JGK)

   -against-                         **JUDGMENT**

WILLIAM LEE,

                Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 16, 2025, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied. The Court declines to issue a certificate of appealability because the petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the petition is dismissed and the case is closed.

**DATED:** New York, New York
             April 17, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**
                            **BY:**
                                                    **Deputy Clerk**